**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID BALLARD,** | : | **CIVIL ACTION NO. 1:04-CV-0720** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **DAVID IMMEL, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of August, 2006, upon consideration of the correspondence dated August 21, 2006 (Doc. 91), in which *pro se* plaintiff avers that his re-confinement before trial will jeopardize his current employment,[1] and it appearing that plaintiff presents good cause for a continuance of the current schedule,[2] see FED. R. CIV. P. 16(b), it is hereby ORDERED that the correspondence (Doc. 91) is CONSTRUED as a motion for a continuance and is GRANTED as so construed as follows:

1.  The current trial schedule (Doc. 80) is STAYED.

2.  On or before October 1, 2006 and the first day of each month thereafter, plaintiff shall file a report regarding his release status. Failure to comply with this paragraph may result in the dismissal of this case. See FED. R. CIV. P. 41(b).

3.  The Clerk of Court is directed to CLOSE this case for statistical purposes only.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff is currently paroled to the Gaudenzia Philly House.

[2] Jury selection is scheduled to commence on September 5, 2006. (See Doc. 80.)