IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID BALLARD,** | : | **CIVIL ACTION NO. 1:04-CV-0720** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DAVID IMMEL, et al.,** | : | |
| Defendants | : | |

### ORDER

AND NOW, this 22nd day of March, 2007, upon consideration of the scheduling order entered in the above-captioned action pursuant to Federal Rule of Civil Procedure 16 (see Doc. 96), requiring each party to file a pretrial memorandum at or before 12:00 p.m. on March 15, 2007 and to attend a pretrial conference at 2:30 p.m. on March 22, 2007, and it appearing that plaintiff has not filed a pretrial memorandum as of the date of this order, and that plaintiff failed to attend the pretrial conference, it is hereby ORDERED that:

1. Plaintiff shall file, on or before April 13, 2007, a response showing cause why the above-captioned action should not be dismissed for failure to obey a pretrial order and for failure to prosecute. See FED. R. CIV. P. 16(f), 41(b); L.R. 83.3.1. Failure to comply with this order shall result in the dismissal of this case.

2. Jury selection and trial, previously scheduled for April 2, 2007 (see Doc. 96), are CANCELLED.

3. If necessary, a revised pretrial and trial schedule shall issue by future order of court.

4. The Clerk of Court is directed to send a copy of this order, via regular mail, to plaintiff at the following addresses:

    a. EY-5249, Guadenzia Philly House, 1834 West Tioga Street, Philadelphia, Pennsylvania, 19140.

        b.        2331 N. Broad Street, Philadelphia, Pennsylvania, 19133.

        c.        1520 Rufner Street, Philadelphia, Pennsylvania, 19140.

5.    Plaintiff shall inform the Clerk of Court of his current address and any future address changes.  (See Doc. 5 at 4 ("A *pro se* plaintiff has the affirmative obligation to keep the court informed of his or her address. Should such address change in the course of this litigation, the plaintiff shall immediately inform the court of such change, in writing.  If the court is unable to communicate with the plaintiff because the plaintiff has failed to notify the court of his or her address, the plaintiff will be deemed to have abandoned the lawsuit.")).

                                         S/ Christopher C. Conner
                                         CHRISTOPHER C. CONNER
                                         United States District Judge